UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

KATHERINE JARVIS,

    Plaintiff,

v.

OAKLAND-MACOMB OBSTETRICS
AND GYNECOLOGY, P.C. AND
JOHN MICALLEF,

    Defendants.

Case No: 2:21-cv-10381

Hon. Bernard A. Friedman

Mag. Judge Elizabeth A Stafford

| SHINN LEGAL, PLC | JACKSON LEWIS P.C. |
|---|---|
| Jason M. Shinn (P64453) | Emily M. Petroski (P63336) |
| Attorney for Plaintiff | Attorneys for Defendants |
| 3080 Orchard Lake Rd., Suite C | 2000 Town Center, Suite 1650 |
| Keego Harbor, MI 48320 | Southfield, MI  48075 |
| (248) 850-2290 | (248) 936-1900 |
| jshinn@shinnlegal.com | emily.petroski@jacksonlewis.com |

**DEFENDANTS' RESPONSE TO SHINN LEGAL'S
MOTION TO WITHDAW AS COUNSEL FOR
PLAINTIFF KATHERINE JARVIS**

    Defendants through their undersigned counsel, hereby state as follows in response to Shinn Legal's Motion to Withdaw as Counsel for Plaintiff Katherine Jarvis. Defendants have no objection to Shinn Legal's Motion to Withdraw and concur in Shinn Legal's request that this case be stayed for thirty days, or such other duration of time as the Court deems appropriate. In addition, Defendants would request that this Court set a deadline for Defendants to respond to or

otherwise move to strike Plaintiff's unilaterally filed Motion to Dismiss[1] and Withdraw for a date fourteen days after the stay is lifted.

WHEREFORE, Defendants respectfully request that in the event Shinn Legal's Motion to Withdraw is granted, that this matter be stayed until such time as Plaintiff finds new counsel or confirms that she will represent herself, and that the deadline for Defendants to respond to, or otherwise move to strike Plaintiff's unilaterally filed Motion to Dismiss and Withdraw be extended and set for fourteen days after the stay is lifted.

                                                Respectfully submitted,
                                                JACKSON LEWIS P.C.

By:   /s/ Emily M. Petroski
       Emily M. Petroski (P63336)
       Attorneys for Defendants
       2000 Town Center, Ste. 1650
       Southfield, MI 48075
       (248) 936-1900
       emily.petroski@jacksonlewis.com

Dated: October 4, 2021

---

[1] Defendants note that Plaintiff's Motion was filed by Plaintiff without seeking concurrence from Defendants, in contravention of the requirements of Local Rule 7.1(a)(1), as well as Local Rule 83.25.

**PROOF OF SERVICE**

The undersigned hereby certifies that the foregoing instrument was served upon all parties in the above case at their respective addresses disclosed on the pleadings on October 4, 2021 by:

☐ Hand Delivery    ☐ U. S. Mail
X ECF              ☐ FAX

/s/ Emily M. Petroski