UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

KATHERINE JARVIS,

    Plaintiff,                                    Civil Action No. 21-CV-10381

vs.                                                HON. BERNARD A. FRIEDMAN

OAKLAND-MACOMB OBSTETRICS
AND GYNECOLOGY, P.C., et al.,

    Defendants.
_____/

**ORDER GRANTING PLAINTIFF'S COUNSEL'S MOTION TO WITHDRAW
AND PLAINTIFF'S MOTION FOR A CONTINUANCE**

On October 5, 2021, this matter came before the Court on the motion of attorney Jason M. Shinn to withdraw as plaintiff's counsel (ECF No. 18), as well as plaintiff's pro se motion for a continuance (ECF No. 23) as to her motion to dismiss or withdraw from the parties' stipulated confidentiality order (ECF No. 16). A hearing was held and argument heard. Neither plaintiff nor defendants objected to plaintiff's counsel's requested relief. For the reasons stated on the record,

IT IS ORDERED that the motion of attorney Jason M. Shinn to withdraw as plaintiff's counsel (ECF No. 18) is granted. Plaintiff shall have 30 days from the date of this order to retain substitute counsel, if she so chooses.

IT IS FURTHER ORDERED that plaintiff's pro se motion for a continuance (ECF No. 23) as to her motion to dismiss or withdraw from the parties' stipulated confidentiality order is granted. Defendants shall have 30 days from the date of this order to respond to or

otherwise move to strike that motion (ECF No. 16).

IT IS FURTHER ORDERED that the Court shall hold a hearing on plaintiff's pro se motion to dismiss or withdraw from the parties' stipulated confidentiality order (ECF No. 16) on November 10, 2021, at 2:00 p.m. The scheduling order in this case shall be held in abeyance in the interim.

Dated:  October 6, 2021
       Detroit, Michigan

s/Bernard A. Friedman
BERNARD A. FRIEDMAN
SENIOR UNITED STATES DISTRICT JUDGE

**CERTIFICATE OF SERVICE**

The undersigned certifies that a copy of the foregoing order was served upon each attorney or party of record herein by electronic means or first class U.S. mail on October 6, 2021.

Katherine Jarvis
Katherinegjarvis@gmail.com

s/Johnetta M. Curry-Williams
Case Manager